COM.

v.

**WILLIAMS, R.**

**255 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–26–CR–0001289–2016 (Fayette)

Affirmed

COM.

v.

**KIMBRO, T.**

**326 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–25–CR–0002723–2015 (Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**JOHNSON, M.**

**338 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–26–CR–0000504–2016 (Fayette)

Affirmed

COM.

v.

**SPRINGER, E.**

**438 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

CP–61–CR–0000611–2016 (Venango)

Affirmed

COM.

v.

**TROOP, J.**

**459 WDA 2017**

Superior Court of Pennsylvania.

09/21/2017

Reargument Denied 11/30/2017

229–1988 (Crawford)

Affirmed